SEALED

1   BENJAMIN B. WAGNER
    United States Attorney
2   CHRISTIAAN HIGHSMITH
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA  95814
4   Telephone:  (916) 554-2700
    Facsimile:   (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

**FILED**

FEB 2 2 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   CASE NO. 2:16 - MJ - 0 0 4 9   AC
                                        )
12                       Plaintiff,     )
                                        )
13              v.                      )   SEALING ORDER
                                        )
14   JUAN ANTONIO MENDOZA MERAZ,        )
                                        )
15                       Defendant.     )
                                        )
16                                      )
                                        )
17

18        Upon application of the United States of America and good cause having been shown,

19             IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and

20   shall not be disclosed to any person unless otherwise ordered by this Court.

21

22   Dated:  February 22, 2016                    _____
                                                  ALLISON CLAIRE
23                                                United States Magistrate Judge

24

25

26

27

28